NUMBER 13-06-654-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


JOYCE BRANFORD, ET AL., Appellants,


v.



WILLIAM J. EDWARDS AND COREN EDWARDS, Appellees.

_______________________________________________________


On appeal from the 267th District Court 


of De Witt County, Texas


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellants, JOYCE BRANFORD, ET AL., attempted to perfect an appeal from
a judgment entered by the 267th District Court of De Witt County, Texas, in cause
number 05-03-19,908. Judgment in this cause was signed on August 2, 2006. A
timely motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellants'
notice of appeal was due on October 31, 2006, but was not filed until November 16,
2006. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellants were advised that, if the defect was not
corrected within ten days from the date of receipt of this Court's letter, the appeal
would be dismissed. To date, no response has been received from appellants.

 The Court, having examined and fully considered the documents on file,
appellants' failure to timely perfect their appeal, and appellants' failure to respond to
this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM



Memorandum Opinion delivered and filed this

the 21st day of December, 2006.